**E-FILED on** 9/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STROUD PRODUCTIONS AND ENTERPRISES, INC. and ANDREW B. STROUD,<br><br>  Plaintiffs,<br><br>  v.<br><br>CASTLE ROCK ENTERTAINMENT, INC., WARNER BROS. ENTERTAINMENT INC., and WARNER INDEPENDENT PICTURES, INC.,<br><br>  Defendants. | No. C-09-3796 RMW<br><br>*SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES<br><br>[Civil L.R. 3-12(c)] |

On August 18, 2009, the above-captioned action was transferred to this District from the Southern District of New York. The rationale for transferring the action was that this case is related to another case pending in this District, the outcome of which will dispose of all claims in this case. (Docket 1-2 at 2, 5). This already pending case appears to be *Brown v. Stroud, et al.*, C-08-2348 VRW, a case pending before Chief Judge Walker. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned hereby refers this matter to Chief Judge Walker and requests that he consider whether the two cases are related within the meaning of the Civil Local Rules.

DATED: 9/2/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES[Civil L.R. 3-12(c)]—No. C-09-3796 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Francis Jude Torrence**
Email: francis.torrence@wilsonelser.com

**Sheena V. Jain**
Email: sheena.jain@wilsonelser.com

**Thomas A. Leghorn**
Email: leghornt@wemed.com

**A copy of this document has been mailed to:**

**Counsel for Defendants:**

**Dorothy Weber**
Shuat Arrow Hafer & Weber LLP
111 West 57th Street
Suite 1120
New York, NY 10019

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 9/2/09                                             TER
                                                              **Chambers of Judge Whyte**