IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN,                              No C 08-2348   VRW

       Plaintiff,                              ORDER

       v

ANDREW B STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES INC,

       Defendant.
_____/

STROUD PRODUCTIONS AND                          No C 09-3796   RMW
ENTERPRISES, INC and ANDREW B
STROUD,

       Plaintiffs,

       v

CASTLE ROCK ENTERTAINMENT, INC,
WARNER BROS ENTERTAINMENT, INC
and WARNER INDEPENDENT PICTURES,
INC,

       Defendants.
_____/

       On August 18, 2009, <u>Stroud Productions and Enterprises Inc v Castle Rock Entertainment, Inc, Warner Bros Entertainment Inc and Warner Independent Pictures Inc,</u> C-09-3796-RMW ("Castle Rock"), was transferred to this district from the Southern District of New

York. The case was assigned to Judge Ronald M Whyte. Under civil local rule 3-12(c), Judge Whyte referred the matter to the undersigned for consideration whether the case is related to <u>Brown v Stroud</u>, 08-2438. 09-3796, doc # 7. Accordingly, all interested parties in Castle Rock (09-3796-RMW) and <u>Brown v Stroud</u> (08-2348-VRW) are ORDERED TO SHOW CAUSE in writing on or before October 9, 2009, why 09-3796 is not related to 08-2438.

    IT IS SO ORDERED.

                              VAUGHN R WALKER

                              United States District Chief Judge