```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


STEVEN AMES BROWN,                       No C 08-2348   VRW

        Plaintiff,                             ORDER

        v

ANDREW B STROUD, an individual
and STROUD PRODUCTIONS AND
ENTERPRISES INC,

        Defendant.
                                    /

STROUD PRODUCTIONS AND                   No C 09-3796   VRW
ENTERPRISES, INC and ANDREW B
STROUD,

        Plaintiffs,

        v

CASTLE ROCK ENTERTAINMENT, INC,
WARNER BROS ENTERTAINMENT, INC
and WARNER INDEPENDENT PICTURES,
INC,

        Defendants.
                                    /
```

    The court is in receipt of defense counsel's letter of January 15, 2010 (08-2348, Doc #97), requesting that defendant be provided an opportunity to oppose defense counsel's motion to withdraw. 08-2348, Doc #94. Defendant may file an opposition of

no more than five pages on or before February 11, 2010.

The case management conference scheduled for February 4, 2010 is VACATED. The parties in the above-captioned actions are ORDERED to attend a case management conference on March 4, 2010 at 3:30 PM.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge