1

2

3

4

5                            IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    STEVEN AMES BROWN,                          No C 08-2348   VRW

9            Plaintiff,                                  ORDER

10           v

11
     ANDREW B STROUD, an individual
12   and STROUD PRODUCTIONS AND
     ENTERPRISES INC,
13
             Defendant.
14
     _____/
15

16   STROUD PRODUCTIONS AND                      No C 09-3796   VRW
     ENTERPRISES, INC and ANDREW B
17   STROUD,

18           Plaintiffs,

19           v

20   CASTLE ROCK ENTERTAINMENT, INC,
     WARNER BROS ENTERTAINMENT, INC
21   and WARNER INDEPENDENT PICTURES,
     INC,
22
             Defendants.
23
     _____/
24

25           By correspondence dated March 10, April 2 and September

26   17, 2009, plaintiff Steven Ames Brown requested leave to file a

27   motion to compel discovery as to defendant Andrew B Stroud.  Docs #

28   60, 66, 77.  Stroud is ORDERED TO SHOW CAUSE in writing on or

United States District Court
For the Northern District of California

before April 8, 2010 why Brown should not be granted leave to file a motion to compel.  Brown may file a reply to Stroud's opposition on or before April 15, 2010.

Stroud is further ORDERED TO SHOW CAUSE why <u>Stroud v Castle Rock Entertainment, Inc, et al</u>, 09-CV-3796 VRW, should not be stayed pending the outcome of <u>Brown v Stroud</u>, 08-CV-2348 VRW. Stroud shall file his response in writing on or before April 8, 2010; Brown's reply may be filed on or before April 15.

IT IS SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge