Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREW B. STROUD, et al.,

    Plaintiff(s),

v.

CASTLE ROCK ENTERTAINMENT,

    Defendant(s).

Case No: C 09-03796 JSW

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, W. Charles Robinson, an active member in good standing of the bar of the state of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: THE ESTATE OF ANDREW B. STROU in the above-entitled action. My local co-counsel in this case is Jason D. Annigian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 Second Avenue, Ste. 7B<br>New York, NY 10017 | 114 N. Indian Hill Blvd., St. E<br>Claremont, CA 91711 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 286-0423 | (909) 981-9340 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wcr@crobinsonllc.com | jason@annigian-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1390178.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/14/13

                                      W. Charles Robinson
                                      APPLICANT

---

## ORDER ~~GRANTING~~ APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of W. Charles Robinson is ~~granted~~ DENIED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: FEB 0 8 2013

Counsel is directed to file documents in the correct captioned case.

                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                       October 2012