Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANDREW B. STROUD )
                           )   Case No: C09-03796 JSW
             Plaintiff(s), )
                           )   **APPLICATION FOR**
    v.                        )   **ADMISSION OF ATTORNEY**
CASTLE ROCK ENTERTAINMENT, )   **PRO HAC VICE**
                           )   **(CIVIL LOCAL RULE 11-3)**
            Defendant(s). )

I, W. Charles Robinson _____, an active member in good standing of the bar of the State of New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SCARLETT P. STROUD _____ in the above-entitled action. My local co-counsel in this case is Jason D. Annigian _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 Second Avenue, Ste. 7B New York, N.Y. 10017 | 114 N. Indian Hill Blvd., St. E Claremont, CA 91711 |
| MY TELEPHONE # OF RECORD: (212) 286-0423 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (909) 981-9340 |
| MY EMAIL ADDRESS OF RECORD: wcr@crobinsonllc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jason@annigian-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1390178 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/31/13                                  W. Charles Robinson
                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of W. Charles Robinson _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 7, 2013

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE