IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STROUD PRODUCTIONS AND
ENTERPRISES, INC., et al.,

    Plaintiffs,

v.

CASTEL ROCK ENTERTAINMENT INC., et al.,

    Defendants.

No. C 09-03796 JSW

**JUDGMENT**

Pursuant to the Court's Order adopting in part and rejecting in part Magistrate Judge Cousins' Report and Recommendation, JUDGMENT is HEREBY ENTERED in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by way of their Complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 11, 2014

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

Case4:09-cv-03796-JSW   Document159   Filed07/11/14   Page2 of 2