UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
FILED
DEC 14 2016
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
```

| | |
|---|---|
| STROUD PRODUCTIONS AND ENTERPRISES, INC. and ANDREW STROUD,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>CASTLE ROCK ENTERTAINMENT INC.; et al.,<br><br>        Defendants - Appellees. | No. 14-16421<br><br>D.C. No. 4:09-cv-03796-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**AMENDED MANDATE** |
| STEVEN AMES BROWN; ESTATE OF NINA SIMONE,<br><br>        Plaintiffs-counter-defendants - Appellees,<br><br>  v.<br><br>STROUD PRODUCTIONS AND ENTERPRISES, INC.; SCARLETT STROUD,<br><br>        Defendants-counter-claimants - Appellants,<br><br>  v.<br><br>SONY MUSIC HOLDINGS, INC., | No. 14-16422<br><br>D.C. No. 4:08-cv-02348-JSW<br>U.S. District Court for Northern California, Oakland |

    Counter-defendant -
Appellee.

  The judgment of this Court, entered October 25, 2016, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

  Costs are taxed against the appellant in the amount of $200.90 in favor of Sony Music Holdings.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Synitha Walker
            Deputy Clerk
            Ninth Circuit Rule 27-7